Judge: Christopher M. Alston
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

PAMELA KAY QUEEN,

               Debtor.

IN CHAPTER 13 PROCEEDING
NO. 20-10453-CMA

TRUSTEE'S REPORT OF UNCLAIMED FUNDS TURNOVER

Pursuant to 11 U.S.C. § 347(a) and Fed. R. Bankr. P. 3011, the Trustee reports the following unclaimed funds that are being paid into the United States Bankruptcy Court for the Western District of Washington:

| | |
|---|---|
| Pamela Kay Queen<br>704 NE Normandy Dr.<br>Bremerton, WA 98310-2930 | Check Number: 3520404<br>Amount: $1,256.09 |

Dated: January 09, 2024

/s/ *Jason Wilson-Aguilar*
Jason Wilson-Aguilar
Chapter 13 Trustee
WSBA #33582

TRUSTEE'S REPORT OF UNCLAIMED FUNDS TURNOVER

Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

Case 20-10453-CMA    Doc 41    Filed 01/10/24    Ent. 01/10/24 07:25:13    Pg. 1 of 1